# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| S. Nicholas Watson, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| EOG Resources, Inc., ) | Case No. 1:21-cv-179 |
| ) | |
| Defendant. ) | |

On May 12, 2022, the court issued an order staying all pretrial deadlines pending further pending disposition of Plaintiffs' motion for leave to file an amended complaint. (Doc. No. 29). On March 7, 2023, the court issued an order denying the aforementioned motion. (Doc. No. 40).

The court shall hold a conference with the parties by telephone on June 12, 2023, at 2:00 PM CDT to discuss the status of this matter and the reestablishment of pretrial deadlines. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court