# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sean Nicholas Watson, | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:21-cv-179 |
| EOG Resources, Inc., | ) |
| | ) |
| Defendant. | ) |

Pursuant to its discussion with the parties during a status conference on June 12, 2023, the court shall reschedule the final pretrial conference and jury trial as follows. The final pretrial conference set for April 9, 2024, shall be rescheduled for November 19, 2024, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for April 22, 2024, shall be rescheduled for December 2, 2024, at 9:00 AM in Bismarck before Judge Hovland (Eagle courtroom). A seven (7) day trial is anticipated.

The parties shall have fourteen days from the date of this order to submit a proposed revised scheduling and discovery plan for the court's consideration. The parties should email this plan to the undersigned at ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court