# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sean Nicholas Watson, | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| EOG Resources, Inc., | ) Case No. 1:21-cv-179 |
| | ) |
| Defendant. | ) |

The undersigned held a status conference with the parties on September 21, 2023. Pursuant to the parties' discussion, undersigned stays all pretrial deadlines pending the Court's ruling on Plaintiff's Motion for Voluntary Dismissal.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court